ROSE S. COLER, an Infant, by FANNIE S. COLER, Her Guardian ad Litem, Appellant, *v.* EVA W. COLER, Respondent, et al., Defendants. (Two Actions.)

Submitted May 13, 1947; decided May 29, 1947.

*Manheim Rosenzweig* and *Sydney B. Schlessel* for appellant. *Herbert Baer Brill, Abraham Brill* and *Frank F. Bergenfeld* for respondent.

In each case judgment affirmed, with costs; no opinion. Question certified not answered.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.